**FILED**

APR 0 8 2008



CLERK

### UNITED STATES DISTRICT COURT
### · DISTRICT OF SOUTH DAKOTA
### _____ DIVISION

John L. Feller,
_____
        **Plaintiff,**

CIV _08-4051_

        **vs.**                                              **COMPLAINT**

Minnehaha County Jail / Minnehaha County / City of Sioux Falls
_____
        Defendant. State of South Dakota
                Sheriff / Warden Devilen

I.     **PREVIOUS LAWSUITS**

   A.     Have you begun other lawsuits in state or federal court dealing with the same facts
          involved in this action or otherwise relating to your imprisonment?
          Yes ( )   No (X)

   B.     If your answer to "A" is yes, describe the lawsuit in the space below.  (If there is more
          than one lawsuit, describe the additional lawsuits on another piece of paper, using the
          same outline).

        1.     Parties to this previous lawsuit:

               Plaintiffs _____
               _____

               Defendants _____
               _____

        2.     Court (if federal court, name the district; if state court, name the county)
               _____
               _____

        3.     Docket number _____

        4.     Name of Judge to whom case was assigned _____

        5.     Disposition (for example: Was the case dismissed?  Was it appealed?  Is
               it still pending?) _____

        6.     Approximate date of filing lawsuit _____

        7.     Approximate date of disposition _____
                                    (1)

II.     PLACE OF PRESENT CONFINEMENT   Minnehaha County Jail

    A.   Is there a prisoner grievance procedure in this institution? Yes (X) No ( )

    B.   Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (X) No ( )

    C.   If your answer is yes,   There is many various grievances

        1. What steps did you take? Filled out grievance, explained everything in precise detail, I expressed how I felt about the issue on some of them

        2. What was the result? Every response is Negative, denied, Sometimes response had nothing to do with the issues

    D.   If your answer is no, explain why not _____

    E.   If there is no prison grievance procedure in the in the institution, did you complain to prison authorities? Yes ( )   No ( )

    F.   If you answer is yes,

        1.   What steps did you take? _____

        2.   What was the result? _____

## III. PARTIES

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of Plaintiff   John L Feller
     Address   500 N. Minnesota Ave  Sioux Falls, SD 57104

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B.   Name of Defendant   Minnehaha County Jail   who is employed as
    Staff at Minnehaha County Jail at  500 N. Minnesota Ave Sioux Falls, SD.

(2)

C.   Additional Defendants _Minnehaha County / city of Sioux Falls / State of South Dakota Sheriff / Warden Devilen_

## IV. STATE OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet(s) if necessary.

_Minnehaha County Jail (place of incidents). City Sioux Falls (Jail is Maintained). State of South Dakota (Responsibility lies in all who Condone Such conduct in their facilities). Sheriff Mike Milstead (in his professional Capacity). Warden Devilen (in his professional Capacity) oversees The Correction Officers and Conduct of those officers. Also is to maintain a Safe and secure / Healthy enviroment for Inmates Housed in Such Jail._

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_Reprimand the jail. Enforce policies and procedures. Have them monitored By certain Responsible monitors that do not work at the Jail. Keep an eye on their procedures and productivity make sure everything is in order, on a periodic basis indefinately. Enforce an appropriate Sum of currency submitted to me. For Medical, psychological Counseling, Medications, Transportation for the forementioned, and cost of Living for the period of time that I will be Unable to work till my mind is in better psychological Stability (probably couple months), missing items the Staff lost, Damages for Negligence, pain and Suffering,_

_* Continued on extra sheet. *_

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Signed and executed this _3rd_ day of _April_ , _2008_.

_[signature]_

Signature of Plaintiff

(9/96)

(3)

V Cont.   mental anguish, incompetence, cruel and unusual punishment outside of disciplinary Rules or guidelines, and being unreasonably assertive for purposes of compliance. I am requesting 2.5 million dollars for all of the above. I am also asking For the listed defendants to pay costs of court, Attorney(s), and provisions in dealing with the case brought forth.

* (I am going to write a Grievance This is a list (copy) of
For each issue, For each one, issues. The original
Unresolved by the OFFICERS, Submitted to Warden.
I am going to have to Re-Write
over again and send those to * ISSUES *
yet. Some May just go to you.
Regardless. Those ones have an X.)

* Some have already been written
and unresolved. There are a
Few I'm going to Re-Write
the OFFICERS. BUT The rest are X's

X1 [blacked out] ...to D block. I had to wait 3 days till I got my things
[blacked out] ... times.

X2 [blacked out]

•3   When my things were Rummaged Through and packed up for me (Jan-15th)
     when I came to D block. I had quite a few things missing (2 chessboards, 2 Wash
     Cloths, Black T-Shirt, Thermal, personal white bakers, personal socks, personal hygene
     Tooth brush, dictionary, I don't remember anything else off the top of my head.

X4) Brosier 879. Responding to my Grievances and Requests over & over. preventing me
     From Finding my missing things.

X5) Brosier 879 Causing me very much grief and would not stop Responding No matter w...

X6) Brosier 879 Obviously has something personal with me. (personal conflict)

X7   Brosier 879 Abusing his power and authority.

X8   I got 30 days lockdown for chew. No·one I've ever heard of has gotten long
     especially and including inmates on Russell.

X9   I have never been to D block before For Disipline, I appealed and asked for a time
     Cut and was denied (And I was over the ½ way point of my lock down).

X10  2 pictures of my best Friends that are in my property That are not polaroids or Sex
     explicit They were considered innappropriate by Mattson Who obviously has some-
     thing against me. Those 2 pictures are not inappropriate and I would like to have a...

X11) Mattson having something personal with me. (personal conflict)

•12  Inconvenience of Grievances and Request Forms. Only being allowed one at a
     time is ridiculous. I have to ask For things over and over and wait a long, &
     Sometimes never even Receiving. When I have pre planned intentions For the
     Forms I request. I would like how ever many I need.

•13  No Resolution For my missing things as of yet. I'm Very Very pissed about
     my 2 washcloths (that were in good condition) and my personal papers.

X14  No Resolution on my 2 pictures as of yet.

X15) STAFFS Attitudes I'm Tired of the ones who insist on being snippy snakes...

[blacked out]

•17  Late Rec. and the Noise Rec should not be going on that late for quite a few
     Reasons. There seems to be No Reason why Rec can't be given in the after-
     noons as well.

X18  STAFFS ignorance ...

•19  Alcoholics Anonymous, unable to go

•20  As Far as I know I'm being denied Trustee Work.

**X**[redacted]

[heavily redacted lines]

• 22  I sit in my cell 23 hrs a day getting Frustrated because of everything, I'm
here by my own choice on Ad Seg and yead I'm treated like I'm on Lockdown.
I am Speaking of the way Some of the staff treat me. and with them getting
all pissy for no reason.

**X23** [heavily redacted] Problem that I've developed while in Jail a Few
[redacted] Like it. It hurts at times
[redacted]
[redacted]
that, And that freaks me out more.

**X24** [redacted] Med staff, of Requesting an HIV and He[redacted]
test. Because I have become very Seriously worried about it. And every [redacted]
that Request was [redacted] to Medstaff, and [redacted] and denied [redacted]

**X25** I was [redacted] (mentioned None or Number) to be
[redacted]
written and ready to go. Each one Except [redacted]

**X26** I was deceived Like [redacted] by the psych Dr from S.E.B.H. Trying to [redacted]
take Seraquil, even [redacted] times that I won't [redacted]
take Meds Like that. And I [redacted] there are other ways [redacted]
make me sick and [redacted] told her Seraquil is different [redacted] seraquil
and that it does not make you sleepy. So I Let add it on with my other Meds
[redacted] be treated, Hungry
[redacted] Hungry, agitated, and sleepy
Enough as it is. [redacted]

**X27** [redacted] officer that Threatened to write me up For Legal envelopes, can
[redacted] my Legal Letters are. I pointed to them. He
[redacted] He picked [redacted] and going through them, He
Interrogated [redacted] about them. That is none of his
business. He Said [redacted] I demanded to [redacted]
and Said He is to bring me Some [redacted] and I never did. His men [redacted]
me very upset because. The Next day w/ a different S.E.B. Person
Brought for some [redacted] and I was able to mail them. This is defeating a
Crossing the [redacted] over the Line. By the way I was made that Some [redacted] me was
Listening [redacted] the intercom, while the Male officer was in my cell.

• **X28**  I have Requested and Grievanced Several times about how cold it is in
these cells. I requested an extra blanket. I get really really cold. I
Can't deal with it Like a lot of other people can. They (Brosier) Temper
my cell once. It was 70° I don't care I'm still Very damn Cold. How can
any of THE officers know what the temp is throughout the day Every day. ?

There was a Lady at the Reception Desk. She had The most horrible attitude (Like when a woman Hates all Men and wants them To Suffer) The attitude was like that. I stood There by the slider door She ignored me then She got up and went over to visit and chat w/ her other Lady Officer Friend. I pushed the button, she didn't even notice for quite a bit, when she did she came back to where she was and gave me that "What" Like I'm making her life Hell. I asked her C.O. She gave me her and the other officers. I told her I just wanted her # and She would Not give it to me. After I asked twice She said ask th. Officer when they go around.

The officer who came around was a sgt. The same one who I had asked to write me up for a grievance. I asked him her C.O. # He Hissed more or less and began yelling at me, he not only refused to give me her # He Said he was Writing me up for writing a grievance the day before.

· 31 Enduring way too much grief.

· 32 Being Run around in circles (about many things)

X33 I have been deprived of my Legal information search. I requested the Law Library, and to look at 2 encyclopedias I really in the classroom. Nope, Neither

· 34 I have received No responses on Several grievances I've submitted over a Couple weeks ago.

A Big problem with my medications being Switched around Rewrote and decreased. All with No given notice or explanation. And certain Medstaff were being very Unco-operative about finding out what's goin on.

X36 715 was requesting too much personal information on my Request for HIVtest. I don't think she needs to know all that she was asking, especially since she is not Medstaff.

X37 715, I Feel there's a personal conflict, if its who I think it is, Jenn. She Knew my X-Step mom, and has also met me before Jail when she worked at Country Kitchen. She obviously really hates me. (I wouldn't know exactly for sure why, That was about 10 years ago.)

X38 Requests are all consistently denied.

X39 people Responding to Forms addressed to someone other than them.

· 40 Staff lying

· 41 My phone book Search.

· 42 Grievances and requests do Nothing

X43 According to every response I ever get, The Staff are perfect and im ALWAYS wr..

X44) Having to Fill out grievances and Requests over and over

X45 My Commissary Snacks that I've been trying to get back for the last month. Smitt brought them into the property room last I saw, when I came to D block. No-one will Return them to me, So My Snacks may be missing also.

No

.46. The pink indigent writing paper is crap. I can't believe a person ~~should~~ be expected to write anything on this paper, let alone a letter. Especially if its a Legal Letter or letter around? And the paper is pink. Who wants to keep a pink ~~legal~~ letter around?

.47. Indigent pencils the length of a pinky. I have arthritic problems. I'm sure I'm not the only one. That is a lot of painful Hell for a person to write with. Plus for it to last 2 weeks, That is completely ridiculous.

X48  Thompson ignoring me and others Completely. She uses the excuse that they are not an officer, its not her job to deal with us, and all that Jazz. If its not her Job to deal with us or whatever. Why is she sitting on the chair facing Dula. Plus asking us on the intercom if we want our Rec, And is the respondant to the intercom. That makes no sense.

X49  Brosier says He never received anything, including on the computer about not Responding to my Requests and Grievances. He has still yet been Respond. I was under the impression that you were going to End his and Mattson, and send them a note or something on the computer.

X50.  I've Requested that Brosier 879 to not come near me (especially out of view by Surveillance or anyone) without having another officer with him. For Example IF he plans to come in my cell for any Reason other than urgently required to or an emergency, without another officer with him. And for him to stop Respond to my forms. On the last grievance I wrote to him that if he responds to any other than that one grievance, and if he disrespects and defies my Request I will get a protection order of some kind or whatever. He has already made things worse than they are. Seriously.

X51  A letter of my Legal mail was Returned to me, When I received it it was already opened and treated as normal mail. It has been entered on the Computer. Anyone can plainly see that its Legal Mail. Right when the officer handed me my mail, immediately I asked why My Legal Mail was as it was. He said "I don't Know". I want to know who opened my Letter. I'm sure that can be found by ~~seeing~~ who entered it on the Computer on 3-12 or 3-13-08.

You don't have to worry about the ones that are circled. I'm not Rewriting those ones again.

With all these issues, this is a lot of Stress. Nothing is Being done about Anything. No-one seems to Realize That with all this added together, This is pretty Serious. And more and More keeps Adding on. This Jail is a Big Mess... Things Need to be Fixed. IS This Jail going to take Responsibility for Whatever Condition my mind is in Throughout the time here and especially When I Leave This place??? How many more issues will I have to Endure Before Action is Taken?

John Fell

The ones with O? I think you already got. I know a lot of them have X, But I've written These ones to officers already. A couple are going directly you cause I know its to much for it officers.

All events have occured Since Jan 15th 2008          more on other side → Turn

. Personal Medical problem. I was Finally seen by a Dr. For my personal Anal problem that I developed while here in Jail. The visit with the Dr. was Ridiculous. I was very uncomfortable with the way I was touched, Just to be told something that I already know. This problem needs to be treated, a mere analyzation does not Fix my problem. This causes me serious pain. Its very abnormal. It Freaks me out. This Jail is Neglecting my medical Needs. The Dr. thinks just because I am not going to have sex with Anyone in Jail that Nothing needs to be about it. And I did not appreciate the comment he made. Thats not the point, it needs to be treated and Fixed. But Nothing is being done about nor is there any attempt. I'm not very satisfied with The Lack of Responsibility of this Jail.

. Twice now my legal mail (incoming) has been opened like a normal Letter and more than Likely read.

54. Every Response given to me is written in defense and justifications.

Please disregard side notes with x's through them. those were notes For the Warden.. Thank you